IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PORTFOLIO ONE, LLC d/b/a MANORCARE HEALTH SERVICES-WASHINGTON TOWNSHIP, HCR MANORCARE, INC., and MANORCARE HEALTH SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GINA M. JOIE and DANIELLE N. GRIFFITH, GENERAL EXECUTORS AND EXECUTORS AD PROSEQUENDUM OF THE ESTATE OF JOHN T. BOMBARA,<br><br>Defendants. | **CIVIL ACTION NO.** |

## DISCLOSURE STATEMENT

The undersigned counsel for Portfolio One, LLC d/b/a ManorCare Health Services-Washington Township certifies that this party is a non-governmental corporate party and that:

This party's parent corporation and all publically held corporations owning 10% or more of this party's stock, are listed here: HCR Healthcare, LLC.

/s/ Eric D. Heicklen
Eric D. Heicklen, Esq.
January 27, 2017

Buchanan Ingersoll & Rooney
700 Alexander Park Drive
Suite 300
Princeton, New Jersey 08540
609 987 6800