IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PORTFOLIO ONE, LLC d/b/a MANORCARE HEALTH SERVICES-WASHINGTON TOWNSHIP, HCR MANORCARE, INC., and MANORCARE HEALTH SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GINA M. JOIE and DANIELLE N. GRIFFITH, GENERAL EXECUTORS AND EXECUTORS AD PROSEQUENDUM OF THE ESTATE OF JOHN T. BOMBARA,<br><br>Defendants. | **CIVIL ACTION NO.** |

**DISCLOSURE STATEMENT**

The undersigned counsel for HCR ManorCare, Inc. certifies that this party is a non-governmental corporate party and that:

This party's parent corporation and all publically held corporations owning 10% or more of this party's stock, are listed here: The Carlyle Group, LP (CG), through its investment funds owns greater than 10% of HCR ManorCare, Inc. The Carlyle Group, LP (CG) is a public company.

| | |
|---|---|
| /s/ Eric D. Heicklen<br>Eric D. Heicklen, Esq.<br>January 27, 2017 | Buchanan Ingersoll & Rooney<br>700 Alexander Park Drive<br>Suite 300<br>Princeton, New Jersey 08540<br>609 987 6800 |