IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PORTFOLIO ONE, LLC d/b/a MANORCARE HEALTH SERVICES-WASHINGTON TOWNSHIP, HCR MANORCARE, INC., and MANORCARE HEALTH SERVICES, LLC,<br><br>      Plaintiffs,<br><br>   v.<br><br>GINA M. JOIE and DANIELLE N. GRIFFITH, GENERAL EXECUTORS AND EXECUTORS AD PROSEQUENDUM OF THE ESTATE OF JOHN T. BOMBARA,<br><br>      Defendants. | **CIVIL ACTION NO.** |

**DISCLOSURE STATEMENT**

The undersigned counsel for Portfolio One, LLC d/b/a ManorCare Health Services-Washington Township certifies that this party is a non-governmental corporate party and that:

This party's parent corporation and all publically held corporations owning 10% or more of this party's stock, are listed here: HCR Healthcare, LLC.


/s/ Eric D. Heicklen            Buchanan Ingersoll & Rooney
Eric D. Heicklen, Esq.          700 Alexander Park Drive
January 27, 2017                Suite 300
                                Princeton, New Jersey 08540
                                609 987 6800